AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

```
                                            ┌──────────────────────────────────┐
                                            │ ___ FILED      ✓ RECEIVED         │
                                            │ ___ ENTERED    ___ SERVED ON      │
                                            │        COUNSEL/PARTIES OF RECORD  │
```

# UNITED STATES DISTRICT COURT
### for the

```
                                            │         JUL - 8 2015             │
```

Sakura  Sophia  Gasser
_____Petitioner_____

v.

United States of America, et al +
_____Respondent_____  all 3rd parties
(name of warden or authorized person having custody of petitioner)

```
                        CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                   BY: _____ DEPUTY
```

## 2:15-cv-01288-JAD-NJK

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Sakura Sophia Gasser
    (b) Other names you have used: Sophia
2.  Place of confinement:
    (a) Name of institution: United States of America + all 3rd Parties, et al
    (b) Address: Nationwide and likely Global

    (c) Your identification number: ?
3.  Are you currently being held on orders by:
    ☐ Federal authorities    ☐ State authorities    ☒ Other - explain:
    Unclear based on refusal to investigate, facilitating/aiding + abetting,
    Obstruction of records/information by all govt agencies (local/state/
    Federal)
4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) ~~after having been convicted of a crime~~ 59
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: Unclear, unknown. Please
    refer to #3
        (b) Docket number of criminal case: unknown
        (c) Date of sentencing: No formal court sentence, being denied Due Process
    of Law
    ☐ Being held on an immigration charge   Committed against Victim
    ☒ Other (explain): Thousands of felonies including murder attempts with
    fraud, malfeasance on the part of all government agencies.
    Also, tortious interference, foul play, pay offs, kick backs, fraud,
    defamation, slander, libel blocking from accessing civil rights,
    Health (Death) Care - murder without due process, also
    being blocked from income/employment - slow kill/
    soft kill - stalking, aggravated ID theft of self + others, phone/comp
    hacking

Page 2 of 10

#4 cont. Period of slavery, and period of insi,
Crimes against humanity (no less than 3 Counts)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☑ How your sentence is being carried out, calculated, or credited ~~by prison or parole authorities (for example, revocation or calculation of good time credits)~~ 5?

❏ Pretrial detention

❏ Immigration detention

❏ Detainer

☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

☑ Other (explain): Requesting full disclosure + names of individuals/agencies/etc implicated in fraud, condemnation/imminent domain of Victims identity + Destruction of the Rest of her life.

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Maricopa Superior Court (Victim has Filed for Victims Protection Act of 1991, + Joint Criminal Enterpuises Injunction) also court of Appeals 9th Circuit

(b) Docket number, case number, or opinion number: ①CV 2015-006191 ②CV 2015-005688

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
Please see attachment for partial list of crimes + civil violations committed against Victim. Also, Victim has hand delivered partial supporting documentation to Judges assistant for Victims protection Act (state of AZ + also Federal AZ)

(d) Date of the decision or action: ongoing - Acute terrorism began late 2012

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes        ❏ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: 9th Circuit Court of Appeals

(2) Date of filing: April 14, 2015      (Victim's Protection Act of 1991)

(3) Docket number, case number, or opinion number: D.C. No. 2:15-cv-00540-DJH

(4) Result: In Progress

(5) Date of result: In Progress

(6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b)  If you answered "No," explain why you did not appeal: _____

_____

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                    ☐ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    _____

    (2)  Date of filing: _____

    (3)  Docket number, case number, or opinion number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

    _____

    _____

    _____

    _____

(b)  If you answered "No," explain why you did not file a second appeal: _____

_____

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                    ☐ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    _____

    (2)  Date of filing: _____

    (3)  Docket number, case number, or opinion number: _____

    (4)  Result: _____

    (5)  Date of result: _____

    (6)  Issues raised: _____

    _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes          ☐ No

If "Yes," answer the following:

(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes          ☑ No   *No formally stated conviction + denied*
    If "Yes," provide:   *due process of law.*
    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____

_____

_____

_____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes          ☑ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your

conviction or sentence: *No formally stated conviction + Therefore being denied due process of law.*

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes        ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑Yes        ☐No      *Please refer to #7*

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** *Victim being denied equal protection of Law. Victim's rights.*

*The FTC + Phoenix Homicide Department Both state criminal cases need to be opened (also, clerks at Maricopa Superior Court state same)*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Request for assistance, investigation from ALL government agencies which qualified victim for Victim's Protection Act, please see attachment for partial list of crimes + "civil" violations being committed against victim(s). This pattern is still occurring in Nevada but not as severe as in Arizona.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes      ☑ No      In progress

**GROUND TWO:** Being Denied Due Process of Law.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Victim would have had far fewer felonies (NOT THOUSANDS of felonies including murder attempts, + currently murder via involuntary euthanasia—passive) if victim were simply tried for something.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes      ☑ No      In Progress

**GROUND THREE:** Clearly unwarranted Invasion of Privacy.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

— Naked painting of Victim in coffee shop
— Picture of Victim's friend (male) having sex with a woman that is either Victim or in Victim's "likeness"
— Criminally Primitive nature of round the clock surveillance/ Stalking
— ID Theft of Victim + others via electronic stalking.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes      ☑ No      In Progress

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Investigator for Maricopa Superior Court stated Fall 2014, "It's Habeas Corpus".

Ground 5: Being denied Equal Protection of Law

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See above.

Ground 5: Torture Victim's Protection Act
Fraud, Malfeasance, Facilitation by Govt Agencies (local/state/federal)
obstruction of records/evidence (also destruction/theft)

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes        ☑ No  In progress

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:  In progress

**Request for Relief**

15. State exactly what you want the court to do: Identification + permanent cease + desist orders/injunctions against ALL perpetrators.
- Criminal Cases to be opened (ASU professor, ASU - murder attempt, more) → NAU, the state of AZ, more ---
- ~~Cease~~ file from Attorney Robert Grabb, Tucson Atty. (refuses to release file)
- Files to be requested/seized/subpoenaed from the following insurance companies' headquarters:

Tucson office locked anyone not in Tucson office out of file. State I need Subpoena for copy of the settlement check.

- Geico: Claim # 01088072301012 21
- Ameriprise: Claim # 1189158,
- Subpoena Coalition Agst Insurance Fraud + Lexis Nexis for life insurance policies on Victim's life (now or ever)
- Assistance seizing evidence, records, etc which have been stolen, destroyed, etc + Victim has been obstructed from.
- Allow victim to file subpoenas/motions etc (evidence gathering/investigation)
- Restitution for aggravated ID Theft, Attorneys fees, investigator fees, MORE.        Thank you!

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

NA / Hand delivering

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7-8-15

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

NORTHWEST MEDICAL CENTER

6200 NORTH LA CHOLLA BOULEVARD, TUCSON, AZ 85741

(520) 469-8640

**IMAGING REPORT**
**Report Status: FINAL**

*what does The "A" stand for?*

Name: **GASSER, SAKURA**

MRN:
Accession #:
Acct #:
Patient Type: OUTPATIENT
Order #: 189540

Room #: DISC
Bed #: DISC
Exam Date/Time: 07/12/2013
Exam Description: MR-PELVIS W-WO CONT
Admitting Diagnosis(es): MASS

DOB: 03/16/1971
Age: 42Y
Sex: F

Dictating Physician: YOSHINO, MARK
Ordering Physician: ARMBRUSTER, ROBERT
Attending Physician: ARMBRUSTER, ROBERT
Primary Care Physician: ARMBRUSTER, ROBERT

Signing Radiologist: 12332 - YOSHINO, MARK

EXAM: . Unenhanced and gadolinium-enhanced MRI of pelvis, 07/12/2013, 16:41 hours.

HISTORY: Pelvic pain. Right adnexal mass

FINDINGS: Comparison is pelvis sonography done Arizona Community physicians 05/31/2013. No interval change mostly cystic right adnexal mass. This measures 2.0 x 1.0 x 0.9 cm by MR. The uterus and left adnexa are unremarkable in appearance incidental note being made of small nabothian cysts. No free fluid is identified.

IMPRESSION:
No interval change 2 cm complex right adnexal mass likely a cyst. Followup sonography in 3 or 4 months should be considered to confirm resolution if patient's symptoms persist.

Dictated Date/Time: 07/15/2013 14:10
Electronically Signed By: Yoshino, Mark
Transcribed By:,
Transcribed Date/Time: 07/15/2013 14:10

*also was ordered to GI studies last summer but cant have studies performed until IO △'d*

*- Please expedite. Mass may be cancerous + unable to access health care until I get my ID changed which I cannot due do until all the crimes committed against me are resolved. TY*

Page 1 of 1

*further aiding + abetting / harassment = negligence premeditated/attempted murder (conspiracy to commit)*

Not a Legal Professional? Visit our consumer site (http://www.findlaw.com)

Register (http://login.findlaw.com/scripts/register?dest=http://codes.lp.findlaw.com/uscode/42/21/I/1985) | Login (http://login.findlaw.com/scripts/login?dest=http://codes.lp.findlaw.com/uscode/42/21/I/1985)

CASES & CODES (HTTP://WWW.FINDLAW.COM/CASECODE)     PRACTICE MANAGEMENT (HTTP://PRACTICE.FINDLAW.COM)     LEGAL NEWS (HTTP://NEWS.LP.FINDLAW.COM)

Forms (http://forms.lp.findlaw.com)     Law Technology (http://technology.findlaw.com)     Lawyer Marketing (http://www.lawyermarketing.com)

FindLaw (http://www.findlaw.com)     Codes and Statutes (http://codes.lp.findlaw.com/)
US Code (http://codes.lp.findlaw.com/uscode)     Title 42 (http://codes.lp.findlaw.com/uscode/42)
Chapter 21 (http://codes.lp.findlaw.com/uscode/42/21)     Subchapter I (http://codes.lp.findlaw.com/uscode/42/21/I)
Section 1985

# 42 U.S.C. § 1985 : US Code - Section 1985: Conspiracy to interfere with civil rights

## Search 42 U.S.C. § 1985 : US Code - Section 1985: Conspiracy to interfere with civil rights

### Search by Keyword or Citation

| Enter Keyword or Citation | Search |

Return to previous page

## Browse Codes

US Code (http://codes.lp.findlaw.com/uscode)
California Code (http://codes.lp.findlaw.com/cacode)
Delaware Code (http://codes.lp.findlaw.com/decode)
Illinois Code (http://codes.lp.findlaw.com/ilstatutes)
New York Code (http://codes.lp.findlaw.com/nycode)
Texas Code (http://codes.lp.findlaw.com/txstatutes)
More Codes... (http://codes.lp.findlaw.com/)

## FindLaw Career Center

Select a Job Title

Attorney
Corporate Counsel
Academic
Judicial Clerk
Summer Associate
Intern
Law Librarian

Search Jobs | Post a Job
(http://www.indeed.com/p/postjob.php?pid=791244634 (54558) | View More Jobs
(http://careers.findlaw.com/)

View More (http://careers.findlaw.com/)

(1) Preventing officer from performing duties If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties; (2) Obstructing justice; intimidating party, witness, or juror If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws; (3) Depriving persons of rights or privileges If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

*1st Updated/Complete*

**NEED TO PUT ON ALL OTHER DOCS/INJUNCTIONS/CRIMINAL/ETC**
List of Crimes and Civil Violations (partial list)
Joint Criminal Enterprises

Co-Conspirators in/Division of Labor as in Nazi/Stalin-like Communism (this is apparently how stalin murdered 20-30 million Russians and everyone involved in this system is a communist): (partial list)

Stalking, Gangstalking (domestic terrorism)
13-2923.  Stalking; classification; definitions
13-2921.  Harassment; classification; definition
13-1202.  Threatening or intimidating; classification
3-376. Discrimination prohibited
- Fraud, defamation, slander, libel, discrimination
Invasion of Privacy (tort)
49 CFR 801.56 - Unwarranted invasion of personal privacy
10 U.S. Code § 929 - Art. 129. Burglary
50 U.S. Code § 1809 - Criminal sanctions
50 U.S. Code § 1810 - Civil liability
15-141. Educational records; injunction; special action
20-2119. Immunity
13-2917. Public nuisance; abatement; classification
13-2908. Criminal nuisance; classification
Undue Influence
16 CFR Chapter II, Subchapter B - CONSUMER PRODUCT SAFETY ACT REGULATIONS
16 CFR 1101.12 - Commission must disclose information to the public
16 CFR 1102.10 - Reports of harm
16 CFR Part 1120 - SUBSTANTIAL PRODUCT HAZARD LIST
16 CFR 1120.2 – Definitions
16 CFR Part 1145 - REGULATION OF PRODUCTS SUBJECT TO OTHER ACTS UNDER THE CONSUMER PRODUCT SAFETY ACT
        § 1145.1 — Scope
16 CFR Part 1118, Subpart A - Procedures for Investigations, Inspections, and Inquiries

*Also*
*Duty to Protect/ Assist/ Warn*

- First Degree Premeditated Conspiracy to Commit Murder/Attempted Murder (appx 15 murder attempts plus over 500 counts via Involuntary Euthanasia late 2012-present), 2 Counts of Murder for taking away Victim's RIGHT to bear children (Victim would have had at least 2 children if not for being a Victim of CRIMES AGAINST HUMANITY). Arizona state university, Mirna Lattouf, murder attempt 11/18/09. Also, probable Northern Arizona University induced a heart attack in Victim's father while conspiring to premeditatively murder Victim (appx 2006/2007). 2012, California murder attempt/tampering with brakes, Victim had to get new brakes when driving out of CA (Victim also saw lee trink, kid rock's manager, driving down her street- much more stalking by trink et al)
    o  13-1201. Endangerment; classification

- o   A.R.S. § 13-1003. Conspiracy; classification
- o   13-1001. Attempt; classifications
- o   13-1004. Facilitation; classification
- o   13-1105 - First degree murder
- o   18 U.S. Code Chapter 51- HOMICIDE

- o   10 U.S.C.A. § 918. Art. 118. Murder (attempt and/or)
- o   18 U.S. Code § 1038- False information and hoaxes
- o   18 U.S. Code § 2332- Criminal penalties
- o   18 U.S.C.A. § 1958. Use of interstate commerce facilities in the commission of murder-for-hire  (probable)
- o   18 U.S. Code § 373 - Solicitation to commit a crime of violence
- o   13-3704. Adding poison or other harmful substance to food, drink or medicine; classification  (no less than 3 counts, probably 5 counts of 15-17 counts or so of murder attempts- not including CA murder attempt, arizona state university murder attempt, etc)
- o   13-305. Criminal liability of enterprises; definitions
- o   13-306. Criminal liability of an individual for conduct of an enterprise
- o   13-3713. Consideration for referral of patient, client or customer; fraud; violation; classification
- o   36-2992. Duty to report **fraud** or abuse; immunity; unprofessional conduct (board of physicians, az board of insurance, etc…   az Bar?)
- o   32-2091. Definitions  (behavioral health)
- o   32-1401. Definitions  (medical doctors)
- o   12-562. **Medical malpractice** actions; grounds
- o   12-561 . Definitions
- o   36-808. Violation; classification (criminal negligence)
- o   ? 36-630. Violation; classification  (criminal negligence)
- o   36-1976. Revocation or suspension of license
- o   18 U.S. Code § 1347 - Health care fraud
- o   18 U.S. Code § 1349 - Attempt and conspiracy
- o   16 CFR Part 318 - HEALTH BREACH NOTIFICATION RULE
- o   15 CFR Part 27 - PROTECTION OF HUMAN SUBJECTS
- o   49 CFR Part 11 - PROTECTION OF HUMAN SUBJECTS
- o   Undue Influence

Identity Theft (MANY counts)- also, "electronic ID theft" (as per FBI, re: Aisha): Jamie fox, jloglo/Jennifer lopez and all 3rd parties, - probably more.  Additional count of ID theft/forcible transfer as Victim has to change identity and will be leaving the country, never to return after all the crimes committed against her are accounted for)

**18 U.S. Code § 1028A - Aggravated identity theft (2 or more counts)**

**18 USC 14,  911  Personation of a US Citizen**

**13-2010. Trafficking in the identity of another person or entity; classification**

13-2009. Aggravated taking identity of another person or entity; knowingly accepting the identity of another person; classification

13-2008. Taking identity of another person or entity; classification

13-2006. Criminal impersonation; classification

44-1698. Security freeze on credit reports and credit scores; fees; definitions

36-1103. Condemnation and disposal of misbranded articles

16 CFR 500.4 - Statement of identity

16 CFR 1101.13 - Public ability to ascertain readily identity of manufacturer or private labeler

16 CFR 500.3 - Prohibited acts, coverage, general labeling requirements, exemption procedures

Fifth Amendment - EMINENT DOMAIN (lii_anc_eminent_001)

Rule 71.1. Condemning Real or Personal Property

16 CFR 801.2 - Acquiring and acquired persons

19 CFR Chapter I - U.S. CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF THE TREASURY

19 U.S. Code § 1592 - Penalties for fraud, gross negligence, and negligence

Tariff Act of 1930, 19 U.S. Code § 1337 - Unfair practices in import trade

- Section 337 Investigation

- The U.S. International Trade Commission

- World Intellectual Property Organization

Personality Rights: trespass (criminal), property, intentional tort, right to privacy, natural rights, legal rights, human rights, passing off

13-1504. Criminal **trespass** in the first degree; classification

13-1501. Definitions "Entry" means the intrusion of any part of any instrument or any

part of a person's body inside the external boundaries of a structure or unit of real property. (also tech and chip entry into Victims' bodies- each entry is a violation of trespass on top of rape and assault)

13-407. Justification; use of physical force in defense of premises

Appropriation of name or likeness

Undue Influence

18 U.S. Code § 1343 - Fraud by wire, radio, or television
18 U.S. Code § 1349 - Attempt and conspiracy
Violation of Title 50 USC Section 1805 (NSA electronic surveillance), except 3 instances in which Victim is quite sure she doesn't meet criteria for
13-3707. Telecommunication fraud; classification; definitions
14-1106. Effect of fraud and evasion
A.R.S. 40-328. Duty of telephone and telegraph companies to handle messages of connecting companies
13-3006. Divulging communication service information; classification; exception
13-3002. False or forged messages; classification
13-2916. Use of an electronic communication to terrify, intimidate, threaten or harass; applicability; classification; definition
13-2922. Interference with transmissions on public safety land mobile radio frequencies; classification; definitions
13-2316.02. Unauthorized release of proprietary or confidential computer security information; exceptions; classification
13-2316.01. Unlawful possession of an access device; classification
13-2316. Computer tampering; venue; forfeiture; classification

13-2203. False advertising; classification (asu, nau. Fbi, id theft companies, MORE)
13-2202. Deceptive business practices; classification (ip thieves, channels of distribution, etc)
13-2311. Fraudulent schemes and practices; wilful concealment; classification (all arizona universities, collusive parties and 3rd parties, MORE)
13-2310. Fraudulent schemes and artifices; classification; definition

32-1994. Authorization to embargo adulterated or misbranded drugs or devices; condemnation; destruction; costs

13-2407. Tampering with a public record; classification
13-2405. Compounding; classification
13-2402. Obstructing governmental operations; classification
**44-1531.02. Consumer restitution and remediation revolving fund; subaccounts (atty general)**

16 CFR Part 313 - PRIVACY OF CONSUMER FINANCIAL INFORMATION,
Subpart B - Limits on Disclosures
16 CFR Part 316 - CAN-SPAM RULE (Can spam act 2003)
15 U.S. Code § 7704 - Other protections for users of commercial electronic mail
15 U.S. Code § 7701 - Congressional findings and policy
16 CFR 314.3 - Standards for safeguarding customer information


Human Trafficking, Slavery, Forced Prostitution
18 U.S. Code § 1583- Enticement into slavery
18 U.S. Code § 1589- Forced labor
18 U.S. Code § 2422 - Coercion and enticement
13-118. Sexual motivation special allegation; procedures; definition
o   Conspiracy to Interfere with Civil Rights  (USC 42, Section 1985)
o   Interfering with Civil Rights
18 U.S. Code § 115 - Influencing, impeding, or retaliating against a Federal official by
threatening or injuring a family member (variation on theme:  friends with friends who
work for Federal govt, Cousin is Minister of Finance for Switzerland)
Title 18, U.S.C., Section 248 Freedom of Access to Clinic Entrances (FACE) Act
Title 18, U.S.C., Section 245 Federally Protected Activities
Title 42, U.S.C., Section 14141 Pattern and Practice
Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law
Title 18, U.S.C., Section 241  Conspiracy Against Rights
Title 18, U.S.C., Section 249  Matthew Shepard and James Byrd, Jr., Hate Crimes
Prevention Act
18 USCA § 1505. Obstruction of proceedings before departments, agencies and
committees
Obstruction/Destruction/Fraud
USSG § 3C1.1. Obstructing or Impeding the Administration of Justice, FSG § 3C1.1
A.R.S.  § 13-2409. Obstructing criminal investigations or prosecutions;..., AZ ST § 13-
2409
A.R.S.  § 13-2512. Hindering prosecution in the first degree; classification, AZ ST § 13-
2512
18 USCA  § 1519. Destruction, alteration, or falsification of records
19 CFR 111.34 - Undue influence upon Department of Homeland Security employees


Rico
18 U.S. Code Chapter 95- RACKETEERING
        18 U.S. Code § 1961- Definitions
18 U.S. Code § 1959- Violent crimes in aid of racketeering activity
18 U.S. Code § 1962- Prohibited activities
18 U.S. Code § 1952- Interstate and foreign travel or transportation in aid of racketeering
enterprises
13-2314.04. Racketeering; unlawful activity; civil remedies by private cause of action;
definitions
13-2301. Definitions
13-1820. Theft of trade secrets; classification; definition

13-2307. Trafficking in stolen property; classification (media channels of distribution, ip thieves)

13-2306. Possession of altered property; classification (channels of distribution, ip thieves)

13-4202. Void contracts; crime victim accounts; establishment; notice to victims; exceptions; civil liability; definition

13-1814. Theft of means of transportation; affidavit; classification

18 U.S. Code § 2119 - Motor vehicles

13-1804. Theft by extortion; classification

13-1802. Theft; classification; definitions

13-1602. Criminal damage; classification

13-1504. Criminal trespass in the first degree; classification

13-1424. Voyeurism; classification

13-1420. Sexual offense; evidence of similar crimes; definition

13-1406. Sexual assault; classification; increased punishment

13-1308. Trafficking of persons for forced labor or services; classification; definitions

13-1307. Sex trafficking; classification; definitions

13-3210. Transporting persons for purpose of prostitution or other immoral purpose; classification; venue

13-3202. Procurement by false pretenses of person for purpose of prostitution; classification

13-3201. Enticement of persons for purpose of prostitution; classification

13-2408. Securing the proceeds of an offense; classification


- Criminal Copyright Infringement (racketeering)
- Criminal IP Theft

10 U.S. Code § 929 - Art. 129. Burglary

13-3705. Unlawful copying or sale of sounds or images from recording devices; true name and address of articles; definitions; classification

13-3710. Obtaining subscription television services; manufacture, distribution and sale of interception and decoding devices; violation; classification; civil remedy; punitive damages

13-3712. Interruption of or injury to cable television systems; classification

13-3723. Unlawful operation of a recording device with the intent to record a motion picture; classification; definitions

13-3507. Public display of explicit sexual materials; classification; definitions


- Breaking and Entering, Invasion of Privacy, Stalking
- Hacking, Phone Hacking, Destruction of Evidence (millions of counts)
- Rape, Title 18 USC 7, 113  Assault (millions of counts via non-consensual microchipping and other criminal technology, murder attempts, rape, etc)

25 CFR 11.400 – Assault

18 U.S. Code § 113 - Assaults within maritime and territorial jurisdiction

- State Sponsored Terrorism ("mental", "medication", gangstalking/criminal harassment)- The Torture Victim Protection Act of 1991, 102nd Congress (1991-1992) H.R.2092.ENR

- Malfeasance, 22 CFR 13.3
- Negligence
18 U.S. Code § 242 - Deprivation of rights under color of law
15 CFR Part 4 - DISCLOSURE OF GOVERNMENT INFORMATION
? 32-2636. Grounds for disciplinary action; emergency summary suspension; judicial review
? 32-2457. Grounds for disciplinary action; emergency summary suspension; judicial review
- Crimes Against Humanity- Extermination, Genocide, Involuntary/Enforced Sterilization, Disappearance- repeated "disappearance" threats and coersive attempts by terrorists, Torture, Forcible Transfer, Note:  According to ICC there is no evidence necessary to convict terrorists of CRIMES AGAINST HUMANITY
- Aiding and Abetting/Harboring Terrorists and/or Terrorism
13-2308.01.  Terrorism; classification; definitions
16-805.  Findings of fact and statement of public policy by the legislature of the state of Arizona concerning steps which must be taken to protect the fundamental rights of the citizens of this state and the safety of this state from international Communistic conspiracy
18 U.S. Code § 2384 - Seditious conspiracy
CONSPIRACY ACT (OFFENSES AGAINST U.S.)
18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States
13-2321. Participating in or assisting a criminal street gang; classification
18 U.S. Code § 521 - Criminal street gangs
42 U.S. Code § 14062 - Gang investigation coordination and information collection
13-2925.  Hoax; restitution; joint and several liability; classification; definition

In Violation of Equal Protection Clause and Due Process of Law

VICTIM HAS NOT HAD TIME TO GO THROUGH ALL LAWS SO LIST OF VIOLATIONS IS PARTIAL

List of Crimes and Civil Violations (partial list)
Joint Criminal Enterprises

*Duty to Assist/ Warn/ Protect*     Additions February 2015

18 U.S. Code § 2261 - Interstate domestic violence
18 U.S. Code § 2261A - Stalking
18 U.S. Code Chapter 88 – PRIVACY
18 U.S. Code § 1801 - Video voyeurism
18 U.S. Code § 1111 - Murder
18 U.S. Code § 1117 - Conspiracy to murder
18 U.S. Code § 1113 - Attempt to commit murder or manslaughter
18 U.S. Code § 1346 - Definition of "scheme or artifice to defraud"
18 U.S. Code § 875 - Interstate communications
18 U.S. Code Chapter 65 - MALICIOUS MISCHIEF
18 U.S. Code § 2320 - Trafficking in counterfeit goods or services
18 U.S. Code § 2318 - Trafficking in counterfeit labels, illicit labels, or counterfeit documentation or packaging
18 U.S. Code § 2314 - Transportation of stolen goods, securities, moneys, fraudulent State tax stamps, or articles used in counterfeiting
18 U.S. Code § 2315 - Sale or receipt of stolen goods, securities, moneys, or fraudulent State tax stamps

18 U.S. Code Chapter 121 - STORED WIRE AND ELECTRONIC COMMUNICATIONS AND TRANSACTIONAL RECORDS ACCESS

18 U.S. Code Chapter 119 - WIRE AND ELECTRONIC COMMUNICATIONS INTERCEPTION AND INTERCEPTION OF ORAL COMMUNICATIONS

15 U.S. Code Chapter 103 - CONTROLLING THE ASSAULT OF NON-SOLICITED PORNOGRAPHY AND MARKETING   (Likely more in this chapter)

15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty
15 U.S. Code § 2 - Monopolizing trade a felony; penalty
15 U.S. Code § 3 – Trusts in Territories or District of Columbia illegal; combination a felony
15 U.S. Code § 4 - Jurisdiction of courts; duty of United States attorneys; procedure
15 U.S. Code § 9 - Jurisdiction of courts; duty of United States attorneys; procedure
15 U.S. Code § 15
15 U.S. Code § 15c - Actions by State attorneys general
? likely  15 U.S. Code § 19 - Interlocking directorates and officers
15 U.S. Code § 24 - Liability of directors and agents of corporation
15 U.S. Code § 25 - Restraining violations; procedure
15 U.S. Code § 26 - Injunctive relief for private parties; exception; costs

18 U.S. Code § 2261 - Interstate domestic violence

18 U.S. Code § 2261A - Stalking

18 U.S. Code Chapter 88 – PRIVACY

18 U.S. Code § 1801 - Video voyeurism

18 U.S. Code § 1111 - Murder

18 U.S. Code § 1117 - Conspiracy to murder

18 U.S. Code § 1113 - Attempt to commit murder or manslaughter

18 U.S. Code § 1346 - Definition of "scheme or artifice to defraud"

18 U.S. Code § 875 - Interstate communications

18 U.S. Code Chapter 65 - MALICIOUS MISCHIEF

18 U.S. Code § 2320 - Trafficking in counterfeit goods or services

18 U.S. Code § 2318 - Trafficking in counterfeit labels, illicit labels, or counterfeit documentation or packaging

18 U.S. Code § 2314 - Transportation of stolen goods, securities, moneys, fraudulent State tax stamps, or articles used in counterfeiting

18 U.S. Code § 2315 - Sale or receipt of stolen goods, securities, moneys, or fraudulent State tax stamps

18 U.S. Code Chapter 121 - STORED WIRE AND ELECTRONIC COMMUNICATIONS AND TRANSACTIONAL RECORDS ACCESS

18 U.S. Code Chapter 119 - WIRE AND ELECTRONIC COMMUNICATIONS INTERCEPTION AND INTERCEPTION OF ORAL COMMUNICATIONS

15 U.S. Code Chapter 103 - CONTROLLING THE ASSAULT OF NON-SOLICITED PORNOGRAPHY AND MARKETING (Likely more in this chapter)

15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty

15 U.S. Code § 2 - Monopolizing trade a felony; penalty

15 U.S. Code § 3 – Trusts in Territories or District of Columbia illegal; combination a felony

15 U.S. Code § 4 - Jurisdiction of courts; duty of United States attorneys; procedure

15 U.S. Code § 9 - Jurisdiction of courts; duty of United States attorneys; procedure

15 U.S. Code § 15

15 U.S. Code § 15c - Actions by State attorneys general

? likely 15 U.S. Code § 19 - Interlocking directorates and officers

15 U.S. Code § 24 - Liability of directors and agents of corporation

15 U.S. Code § 25 - Restraining violations; procedure

15 U.S. Code § 26 - Injunctive relief for private parties; exception; costs

15 U.S. Code § 15c-  Actions by State attorneys general

15 U.S. Code § 57a - Unfair or deceptive acts or practices rulemaking proceedings

15 U.S. Code § 7711 - Regulations


18 U.S. Code § 2242 - Sexual abuse

18 U.S. Code Chapter 71 - OBSCENITY

18 U.S. Code § 1510 - Obstruction of criminal investigations

18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant

18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant

18 U.S. Code § 1514 - Civil action to restrain harassment of a victim or witness

18 U.S. Code § 2071 - Concealment, removal, or mutilation generally (govt records)

18 U.S. Code § 2319 - Criminal infringement of a copyright

18 U.S. Code Chapter 113B – TERRORISM

18 U.S. Code § 2331 – Definitions

18 U.S. Code § 873 - Blackmail

18 U.S. Code § 792 - Harboring or concealing persons

15 U.S. Code § 15c- Actions by State attorneys general
15 U.S. Code § 57a - Unfair or deceptive acts or practices rulemaking proceedings
15 U.S. Code § 7711 - Regulations

18 U.S. Code § 2242 - Sexual abuse
18 U.S. Code Chapter 71 - OBSCENITY
18 U.S. Code § 1510 - Obstruction of criminal investigations
18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant
18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant
18 U.S. Code § 1514 - Civil action to restrain harassment of a victim or witness
18 U.S. Code § 2071 - Concealment, removal, or mutilation generally (govt records)
18 U.S. Code § 2319 - Criminal infringement of a copyright
18 U.S. Code Chapter 113B – TERRORISM
18 U.S. Code § 2331 – Definitions
18 U.S. Code § 873 - Blackmail
18 U.S. Code § 792 - Harboring or concealing persons