UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAKURA SOPHIA GASSER,<br>    Petitioner,<br>vs.<br>UNITED STATES OF AMERICA,<br>    Respondent. | Case No. 2:15-cv-01288-JAD-NJK<br><br>**ORDER DISMISSING<br>AND CLOSING CASE** |

Sakura Sophia Gasser has filed an application to proceed *in forma pauperis* and submitted a form 28 U.S.C. § 2241 habeas-corpus petition.  The application to proceed *in forma pauperis* is granted.  However, the purported petition is being dismissed under both the Local Rules of Special Proceedings and the Rules Governing Habeas Cases, Rule 4.

First, petitioner has failed to provide her address as required by LSR 2-2.  A note on the docket states that petitioner "refused to provide any contact information and said she would come to the court weekly to check status of case" (*see* staff note on docket dated July 8, 2015).  On the petition, petitioner only wrote as an address: "nationwide and likely global." ECF 1-1 at1.  This is unacceptable.

The petition must also be dismissed with prejudice for failure to state a claim upon which relief may b e granted.  Not only is petitioner not in custody, but the petition is factually frivolous.  The petition indicates that it challenges "no formal court sentence" and alludes, without explanation, to "thousands of felonies committed against victim including murder attempts with fraud, malfeasance . . . . health (death) case . . . . slow kill/soft kill. . . . ongoing acute terrorism began late 2012." *Id*. at 1-2.  It references possibly a case in Maricopa Superior Court, as well as the Federal Trade Commission and the Phoenix Homicide Department, again without any real explanation.  *Id*. at 2, 6.  In short, the petition sets forth no discernible allegations and can be described as delusional and factually frivolous.  Accordingly, the petition is dismissed with prejudice for failure to state a claim for which relief may be granted.

1    **IT IS THEREFORE ORDERED** that petitioner's motion for leave to proceed *in forma*
2  *pauperis* (ECF 1) is **GRANTED.** The Clerk is directed to detach and file the petition (ECF 1-1).
3    **IT IS FURTHER ORDERED** that this petition is **DISMISSED with prejudice** for failure
4  to state a claim for which relief may be granted.
5    **IT IS FURTHER ORDERED** that a certificate of appealability is denied because jurists of
6  reason would not find the dismissal of this petition incorrect or debatable.
7    The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and close this case.

Dated this 7th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE